# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN CHOATE,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 79942

**FILED**

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Michael A. Cherry, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the appeal on October 29, 2019. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-49831

cc:    Chief Judge, The Fifth Judicial District Court
       Hon. Michael A. Cherry, Senior Justice
       Stephen Choate
       Attorney General/Carson City
       Nye County District Attorney
       Attorney General/Las Vegas
       Nye County Clerk